IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard Curtis, :
:
    Plaintiff(s), :
:
vs. : Case Number: 1:20cv543
:
: Judge Susan J. Dlott
Jessica Little, et al., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 3, 2020 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 17, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, the complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §1915 (e)(2)(B).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Oder adopting the Report and Recommendation will not be taken in good faith. Plaintiff is therefore, DENIED leave to appeal *in forma pauperis*. See *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court