IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Richard Curtis | : | |
| | : | Case No. 1:20-cv-543 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Susan J. Dlott |
| | : | |
| Jessica Little, *et al.*, | : | |
| | : | Order |
| Defendants. | : | |

Plaintiff initiated this lawsuit more than five years ago in July 2020. (Doc. 1.) The Court dismissed the Complaint on the merits with prejudice on September 15, 2020. (Docs. 3, 6.) Now, more than five years later, Plaintiff has filed a letter to the Clerk of Court that the Court has construed as a motion to re-file the initial Complaint or for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. (Doc. 8.) The Magistrate Judge has issued a Report and Recommendation recommending that the Court deny Plaintiff's motion, essentially as lacking a basis in law or fact. (Doc. 10.) Plaintiff did not file an objection to the Report and Recommendation, and the time for doing so has passed.

Title 28 U.S.C. § 636(b)(1)(B) & (C) and Federal Rule of Civil Procedure 72(b)(1) authorize magistrate judges to make recommendations concerning dispositive motions that have been referred to them. Parties then have fourteen days to make, file, and serve specific written objections to the report and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). A district court is not required to independently review a report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985). But some district courts follow the Advisory Committee Notes to Rule 72(b) and review the report and recommendation

for clear error. *See e.g.*, *Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-CV-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022); *Lassiter v. Dullaghan*, No. 1:10-CV-010, 2011 WL 110259, at *1 (S.D. Ohio Jan. 13, 2011).

The Court finds no clear error in the Magistrate Judge's well-reasoned Report and Recommendation. The Court will not re-file the Complaint, re-open this action, or grant Plaintiff relief from judgment. The Report and Recommendation (Doc. 10) is **ADOPTED** and the Plaintiff's letter motion (Doc. 8) is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge